# Crider *v.* Crider.

*Practice, Supreme Court—Appeals—Findings of fact.*

Where upon petition for a rule to vacate a judgment and set aside a verdict (entered by agreement) in an action of ejectment, a finding of the lower court that the averments of fraud were false, and that the verdict was properly taken, is supported by evidence, an appeal from an order discharging the rule will be affirmed.

Argued Oct. 13, 1915. Appeal, No. 124, Oct. T., 1915, by Ella B. Crider, from final order of the District Court, now Common Pleas Court, Allegheny Co., July T., 1871, No. 3, discharging rule to set aside a verdict in an action of ejectment, in case of John Crider, et al., v. William H. Crider. Before BROWN, C. J., MESTREZAT, POTTER, STEWART and FRAZER, JJ. Affirmed.

Rule to vacate a judgment and set aside a verdict rendered by agreement in an action of ejectment. Before MACFARLANE, J.

The opinion of the Supreme Court states the facts.

The court discharged the rule. Ella B. Crider appealed.

*Error assigned* was in discharging the rule.

*George J. Campbell,* with him *George O. Calder* and *Walter S. Lobingier,* for appellant.

*John E. Winner,* with him *John N. English,* for appellees.

PER CURIAM, January 3, 1916:

This appeal is from the refusal of the court below to set aside a verdict taken by agreement and to strike off the judgment entered on it. The court found from testimony taken before a commissioner that the averments

of fraud in appellant's petition to have the verdict set aside and the judgment stricken off were false and that the verdict had been properly taken. This finding was amply justified, and the appeal is, therefore, dismissed at appellant's costs.